# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JAMES CHARLES HOLLAND,

         Plaintiff,

                                     Case No:     05-74351

v

                                     HON. PAUL D BORMAN

LENAWEE COUNTY, a political subdivision,        MAGISTRATE SCHEER
LENAWEE COUNTY SHERIFF'S
DEPARTMENT, OAKLAND COUNTY,
a political subdivision, OAKLAND COUNTY
PROSECUTOR, CITY OF PONTIAC,
a municipal corporation,
CITY OF PONTIAC POLICE DEPARTMENT
employed by LENAWEE COUNTY
SHERIFF'S DEPARTMENT and
OAKLAND COUNTY SHERIFF'S DEPARTMENT,

         Defendants.

_____/

| | |
|---|---|
| GREGORY D. DEMOPOULOS (P 41622) | PAUL E. PEDERSEN (P 24355) |
| Attorney for Plaintiff | Attorney for Defendants |
| 19500 Victor Parkway, Ste 290 |    Montcalm County and |
| Livonia, Michigan  48152 |    Montcalm Sheriff's Department |
| (734) 591-3737 | 4057 Pioneer Drive, Suite 300 |
| | Commerce Twp., Michigan 48390-1363 |
| | (248) 363-6400 |
| | |
| MARY M. MARA (P 45114) | ERIC S. GOLDSTEIN (P 45842) |
| Attorney for Defendants | JEFFREY A. SMOLEK (P 53565) |
|    Oakland County, Oakland County | Attorneys for Defendants |
|    Prosecutor, and Oakland County Sheriff's |    City of Pontiac and |
| Department, John Doe Deputy, employed by the |    City of Pontiac Police Dept. |
| Oakland County Sheriff's Department, only | 1301 W. Long Lake Road, Ste. 250 |
| Oakland County Corporation Counsel | Troy, MI  48098 |
| 1200 N. Telegraph Rd | (248) 641-1800 |
| Pontiac, Michigan  48341-0419 | |
| (248) 975-9616 | |

_____/

## PROPOSED ORDER OF DISMISSAL

*At a session of said Court held in*
*The City of Detroit, County of Wayne,*
*State of Michigan, on   June 7, 2006*

*Present: Hon.   PAUL D. BORMAN*
*Federal District Judge*

This matter having come before the Court on the stipulation of the Parties, and the Court

having reviewed the matter and being fully advised;

IT IS HEREBY ORDERED, That Defendant Oakland County Sheriff's Office, only, is

dismissed with prejudice and without costs to any Party.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 7, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
June 7, 2006.

s/Jonie Parker
Case Manager